RICHARD J. IDELL, ESQ., #069033
PATRICIA DE FONTE, ESQ. #223923
IDELL, BERMAN, SEITEL & RUTCHIK LLP
The Merchants Exchange Building
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiff U2 HOME ENTERTAINMENT, INC.,
a California Corporation doing business as NEW IMAGE AUDIO
& VIDEO, CENTURY HOME ENTERTAINMENT and
TAI SENG ENTERTAINMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as NEW IMAGE AUDIO & VIDEO, CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT<br><br>Plaintiff,<br><br>v.<br><br>THANH VIDEO, business entity form unknown, CHIEU NHI VIDEO & PURE WATER, a business entity form unknown, TRU HUY NGUYEN, an individual and doing business as CHIEU NHI VIDEO & PURE WATER, DIEM CHAU VIDEO, a business entity form unknown, LAM KHAC CU, individually and doing business as DIEM CHAU VIDEO, THUAN TRAN, individually and doing business AS DIEM CHAU VIDEO, and DOES 1 to 200, inclusive,<br><br>Defendants. | Case No.: C05-3196 CRB<br><br>[~~PROPOSED~~] ORDER FOLLOWING HEARING ON ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE RE: SEIZURE ORDER |
|---|---|

The above matter came on for hearing on September 8, 2005, at 9:00 a.m. before the Honorable Judge Charles Breyer pursuant to the Amended Temporary Restraining Order, Seizure Order And Order To Show Cause Re: Preliminary Injunction (the "Order to Show Cause") issued by the Honorable Judge Charles Breyer on August 15, 2005.

Pursuant to the Order to Show Cause, U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as NEW IMAGE AUDIO & VIDEO, CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT ("Plaintiff" or "U2") has requested that the Court issue a preliminary injunction.

The Court having determined that, as to all of the Defendants who are the subject of this Order, the said Defendants have been properly served with process in the above-action, and the Court having determined that the Plaintiff has shown probable success on the merits and irreparable harm if this Order does not issue, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS

During the pendency of this action, THANH VIDEO, business entity form unknown, CHIEU NHI VIDEO & PURE WATER, a business entity form unknown, TRU HUY NGUYEN, an individual and doing business as CHIEU NHI VIDEO & PURE WATER, DIEM CHAU VIDEO, a business entity form unknown, LAM KHAC CU, individually and doing business as DIEM CHAU VIDEO, THUAN TRAN, individually and doing business AS DIEM CHAU VIDEO, and all of their officers, agents, servants, employees, attorneys and owners and those in active concert participation with them and any other persons acting for, with, by, through or under them, and until further of this Court, are hereby restrained and enjoined from the following:

(i.) Directly or indirectly infringing the copyrights of Plaintiff in any manner, and from causing, contributing to, or participating in the unauthorized importation, duplication, distribution or sale of Plaintiff's copyrighted programs, and from offering for rent or sale, renting, selling, or otherwise distributing any unauthorized copies of Plaintiff's copyrighted programs, including but not limited to the program titles listed on Exhibit "A" to the Verified Complaint herein, which exhibit is hereby incorporated by reference;

(ii.) Shipping, delivering, holding for sale, distributing, returning, transferring, or otherwise moving or disposing of in any manner videotapes, VCDs, DVDs, laser discs, or other infringing items containing Plaintiff's copyrighted programs, or any reproduction, counterfeit, copy, or colorable imitation of the same;

(iii.) Shipping, delivering, holding for sale, distributing, returning, transferring, or otherwise moving or disposing of in any manner any and all boxes, labels, or other merchandise and items, including, but not limited to, recording and duplicating equipment, used in the manufacture and/or distribution of such infringing merchandise; and

(iv.)   Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iii); and

IT IS FURTHER HEREBY T IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants are required to deliver forthwith any and all such infringing merchandise in their possession, custody or control for impoundment.

IT IS FURTHER HEREBY T IS HEREBY ORDERED, ADJUDGED AND DECREED that The Court confirms the seizures made on August 18, 2005, pursuant to this Court's Order and, during the pendency of this action, all articles seized shall remain in the custody of Plaintiff, or its counsel as substitute custodian, including all of the videocassette tapes, VCDs, DVDs, boxes, labels, and other infringing merchandise and other articles seized.

IT IS FURTHER HEREBY T IS HEREBY ORDERED, ADJUDGED AND DECREED that the bond, which has been filed by the Plaintiffs in the amount of Five Thousand Dollars ($5,000.00), shall remain the bond on this Preliminary Injunction.

Date: __Sept. 08, 2005__

The Honorable Judge Charles Breyer

Respectfully submitted by:

Dated: September 7, 2005

IDELL, BERMAN, SEITEL & RUTCHIK, LLP

Richard J. Idell
Patricia De Fonte
Attorneys for Plaintiff U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as NEW IMAGE AUDIO & VIDEO, CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT

[PROPOSED] ORDER FOLLOWING HEARING ON ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE RE: SEIZURE ORDER