RICHARD J. IDELL, ESQ., #069033
PATRICIA DE FONTE, ESQ. #223923
IDELL, BERMAN, SEITEL & RUTCHIK LLP
The Merchants Exchange Building
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiff U2 HOME ENTERTAINMENT, INC.,
a California Corporation doing business as NEW IMAGE AUDIO
& VIDEO, CENTURY HOME ENTERTAINMENT and
TAI SENG ENTERTAINMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as NEW IMAGE AUDIO & VIDEO, CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT<br><br>Plaintiff,<br>v.<br><br>THANH VIDEO, business entity form unknown, CHIEU NHI VIDEO & PURE WATER, a business entity form unknown, TRU HUY NGUYEN, an individual and doing business as CHIEU NHI VIDEO & PURE WATER, DIEM CHAU VIDEO, a business entity form unknown, LAM KHAC CU, individually and doing business as DIEM CHAU VIDEO, THUAN TRAN, individually and doing business AS DIEM CHAU VIDEO, and DOES 1 to 200, inclusive,<br><br>Defendants. | Case No.: C05-3196 CRB<br><br>~~PLAINTIFF U2 HOME ENTERTAINMENT, INC.'S CASE MANAGEMENT CONFERENCE STATEMENT~~    ORDER<br><br>Date:  November 18, 2005<br><br>Time:  8:30 a.m.<br><br>Place: Courtroom 8, 19th Floor<br><br>The Honorable Judge Charles R. Breyer Presiding. |

On August 8, 2005, Plaintiff U2 Home Entertainment, Inc. ("Plaintiff") filed its complaint against defendants THANH VIDEO, business entity form unknown, CHIEU NHI VIDEO & PURE WATER, a business entity form unknown, TRU HUY NGUYEN, an individual and doing business as CHIEU NHI VIDEO & PURE WATER, DIEM CHAU VIDEO, a business entity form unknown, LAM KHAC CU, individually and doing business as DIEM CHAU VIDEO, and THUAN TRAN, individually and doing business AS DIEM CHAU VIDEO.

On August 17, 2005, pursuant to Federal Rules of Civil Procedure, Rule 4(e) and California Code of Civil Procedure § 415.20, and this Court's Amended Temporary Restraining Order, Seizure Order And Order To Show Cause Re: Preliminary Injunction, all of these defendants were served with the Complaint and the accompany temporary restraining order by hand by the U.S. Marshals.

To date, none of the defendants have made an appearance in this matter.

A settlement was reached with Defendant Thanhn Video and a Final Judgment, Consent Decree and Permanent Injunction as to Defendant Thanh Video was issued by this Court on October 12, 2005.

Settlement discussions with Defendants Diem Chau Video, Lam Khac Cu, individually and doing business as Diem Chau Video, and Thuan Tran, individually and doing business as Diem Chau Video, continue and Plaintiff anticipates that a settlement will be reached shortly and that a Proposed Final Judgment, Consent Decree and Permanent Injunction as to these defendants will be submitted to the court upon settlement.

As for the remaining defendants, Chieu Nhi Video & Pure Water, a business entity form unknown, and Tru Huy Nguyen, an individual and doing business as Chieu Nhi Video & Pure Water, on September 22, 2005, Plaintiff sought the default of these defendants and said default was entered by the clerk on September 28, 2005. Plaintiff will soon seek entry of Default Judgment against Chieu Nhi Video & Pure Water and Tru Huy Nguyen.

Plaintiff requests that the Case Management Conference currently scheduled for November 18, 2005 be taken off calendar and continued until late January of 2005, allowing Plaintiff and Diem Chau Video and opportunity to conclude settlement and allowing Plaintiff time to request entry of default

1  judgment against the Chieu Nhi defendants.

Dated: November 7, 2005                    IDELL, BERMAN, SEITEL & RUTCHIK, LLP

_____
Richard J. Idell
Patricia De Fonte
Attorneys for Plaintiff U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as NEW IMAGE AUDIO & VIDEO, CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT

[PROPOSED] ORDER:

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Case Management Conference currently scheduled for November 18, 2005 shall be continued until Feb. 03, 2006 @ 8:30 a.m.

Dated: Nov. 14, 2005        by: _____
                                 The Hon. Charles R. Breyer

*APPROVED — Judge Charles R. Breyer* (United States District Court, Northern District of California seal)

PLAINTIFF U2 HOME ENTERTAINMENT, INC.'S CASE MANAGEMENT CONFERENCE STATEMENT